AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25 Cr. 54 |
| Medina et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Christopher Dantzler .

Date: 10/10/2025

/s/ Noam Greenspan
*Attorney's signature*

Noam Greenspan
*Printed name and bar number*
Talkin, Muccigrosso & Roberts, LLP
40 Exchange Place
18th Floor
New York, NY 10005

*Address*

ngreenspan@talkinlaw.com
*E-mail address*

(212) 482-0007
*Telephone number*

(212) 480-1303
*FAX number*