**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**United States of America**
v.
Julio Medina, Weihong Hu, and Christopher Dantzler
Case No. 1:25-cr-00054 (E.D.N.Y.)

**LETTER REQUEST FOR IMMEDIATE CONSIDERATION**
**OF EMERGENCY PRESERVATION MOTION (ECF No. 49)**

Dear Judge Kovner:

I respectfully write as a registered victim and third-party movant to request **immediate judicial consideration** of my **Emergency Motion for a Caretaker Occupancy and Preservation Order**, docketed as **ECF No. 49**.

The motion seeks emergency relief under **21 U.S.C. § 853(e)** due to the condition of the real property located at **514 Vischer Ferry Road, Clifton Park, NY**, which is a federally implicated forfeitable asset. The property is:

- vacant,
- without a Certificate of Occupancy,
- visibly deteriorating,
- unmaintained by titled owners, and
- at immediate risk of severe structural and utility damage due to current Upstate New York winter conditions.

Temperatures are already consistently below freezing, and a vacant, unheated, unsecured structure faces heightened risk of **burst pipes, water intrusion, mold, and irreversible structural decay**, all of which directly diminish the asset's forfeiture value.

Additionally, the **United States Attorney's Office (EDNY) has confirmed in writing that it "takes no position"** on the emergency motion. This indicates that the government does not oppose judicial consideration or adjudication of the request.

Because this property is tied to the forfeiture allegations in the indictment, continued deterioration threatens both the **United States' forfeiture interest** and the **restitution rights of victims under 18 U.S.C. § 3771**. For these reasons, I respectfully request that the Court

evaluate the emergency motion **as promptly as practicable**, on submission and without oral argument, pursuant to Local Criminal Rule 49.1(d).

If any additional filings, supplemental materials, or procedural steps are required for the Court to consider or rule upon the motion, I respectfully request guidance so that I may comply immediately. I also respectfully request acknowledgment or a response to ensure the matter is properly before the Court.

Thank you for your consideration of this urgent matter.

Respectfully submitted,

**/s/ Meikka C. Norman**
 Authorized Representative
 Highly Favored Management, Inc.
 Registered Victim
 Phone: (518) 878-1154
 Email: meikkanorman@gmail.com